# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>    **Plaintiff,**<br><br>    v.<br><br>**$18,952.00 IN UNITED STATES FUNDS,**<br>    **First-Named Defendant Property, and**<br><br>**$8,347.06 IN UNITED STATES FUNDS,**<br>    **Second-Named Defendant Property.** | : <br>:  **CASE NO.: 5:21-CV-213 (TES)**<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## DEFAULT JUDGMENT OF FORFEITURE
## AND FINAL ORDER OF FORFEITURE

A Clerk's Entry of Default having been entered on September 21, 2021, in the above referenced case, in accordance with Rule 55(b)(1) of the Federal Rules of Civil Procedure, and counsel for Plaintiff having requested judgment of forfeiture and final order of forfeiture against the Defendant Property, having filed a proper Affidavit as to the property to be declared forfeited to the Plaintiff;

IT IS HEREBY ORDERED THAT JUDGMENT is entered as follows: All right, title, and interest in the Defendant Property is hereby forfeited to and vested in the United States, which shall have clear title to this property, may warrant good title to any subsequent transferee, and shall dispose of the property in accordance with the law.

Dated this __22nd__ day of __September__, 2021.

> /s/ Tilman E. Self, III
> _____
> TILMAN E. SELF, III., JUDGE
> UNITED STATES DISTRICT COURT
> MIDDLE DISTRICT OF GEORGIA

PREPARED BY:

PETER D. LEARY
ACTING UNITED STATES ATTORNEY

/s/ MIKE MORRISON
ASSISTANT UNITED STATES ATTORNEY
GEORGIA STATE BAR NO. 153001